Rose M. Palmer and Lillian Palmer, Appellants, v. Rotary Realty Company and Others, Respondents.— Motion to compel service of papers to be printed in record on appeal denied. Present — Lazansky, P. J., Rich, Young, Seeger and Scudder, JJ.

Rose Palmer, Respondent, v. Benjamin Traktman, Appellant.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Rich, Young, Seeger and Scudder, JJ.

Jacob Poster, Respondent, v. Hill-Castle Construction Co., Inc., and Others, Defendants. Nobile-Norge Building Corporation, Appellant.— Motion for stay granted. Present — Lazansky, P. J., Rich, Young, Seeger and Scudder, JJ.

The People of the State of New York, Respondent, v. Frank Andrella, Alias Frank Bootsy, Appellant.— Motion to dismiss appeal granted and appeal dismissed. Present — Lazansky, P. J., Rich, Young, Seeger and Scudder, JJ.

The People of the State of New York, Respondent, v. Kiel Douglas, Appellant.— Motion to dismiss appeal granted and appeal dismissed. Present — Lazansky, P. J., Rich, Young, Seeger and Scudder, JJ.

The People of the State of New York, Respondent, v. Anna Henke, Appellant.— Motion to dismiss appeal granted and appeal dismissed. Present — Lazansky, P. J., Rich, Young, Seeger and Scudder, JJ.

The People of the State of New York, Respondent, v. Emil Hubschman, Appellant.— Motion to dismiss appeal denied upon condition that appellant perfect the appeal for the December term (for which term the case is set down) and be ready for argument when reached; otherwise, motion granted; appellant's time to perfect and argue appeal extended accordingly. Application to hear appeal on original record denied. Present — Lazansky, P. J., Rich, Young, Seeger and Scudder, JJ.

The People of the State of New York, Respondent, v. David Krakauer, Appellant.— Motion to enlarge time granted upon condition that appellant perfect the appeal for the November term (for which term the case is set down) and be ready for argument when reached; otherwise, motion denied. Present — Lazansky, P. J., Rich, Young, Seeger and Scudder, JJ.

The People of the State of New York, Respondent, v. Charles Miceli, Appellant.— Motion for leave to appeal to the Court of Appeals denied by Carswell, J.